UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER BERNARD BELL                                              PETITIONER
Reg #31356-009

V.                              No. 3:20-CV-346-JTR

JOHN P. YATES, Warden,
FCI Forrest City Low                                                   RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, without prejudice.

DATED this 17th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE